UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| JESUS GONZALEZ, an individual, | : | 20-Cv-7839 (SHS) |
| Plaintiff, | : | |
| -v- | | ORDER |
| | : | |
| ASH NYC INC., a New York corporation doing business as Hotel Peter and Paul, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A teleconference having been held today, with counsel for all parties participating,

    IT IS HEREBY ORDERED that the next conference is scheduled for January 8, 2021, at 10:00 a.m.

Dated: New York, New York
        December 8, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.